UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAWN STAFFORD, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-1027 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DAVID KLEIN and THE CITY OF LANSING, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 29, 2022                                /s/  Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge